**Dolin, Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

March 23, 2006

**VIA FACSIMILE & U.S. MAIL**

Honorable Marian W. Payson
United States Magistrate Judge
United States District Court
Western District of New York
2120 U.S. Courthouse
Rochester, New York 14614

RECEIVED
MAR 23 2006
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

Re:   **Whalen v. JPMorgan Chase Bank**
      **Civil Action No.: 01-CV-6492**

Dear Judge Payson:

I write to request that Plaintiffs' Motion to Compel filed on April 21, 2005 in the above-referenced matter be withdrawn without prejudice. The parties had anticipated reaching a stipulation resolving the issues in the motion by this date. However plaintiff received the defendant's proposed stipulation today and has not had a chance to review it. If the parties cannot reach a satisfactory resolution by stipulation, the plaintiff would then renew his motion.

Thank you for your courtesies in this matter.

Very truly yours,

*[signature]*

J. Nelson Thomas

JNT/cab

cc:   Samuel Shaulson, Esq.

693 East Avenue, Rochester, New York 14607  tel: 585.272.0540  fax: 585.272.0574
nthomas@theemploymentattorneys.com • www.theemploymentattorneys.com