UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANDREW WHALEN,

                            *Plaintiff*,      NOTICE OF MOTION

versus                  Civil Action No.
                                     01-CV-6492L(P)

JP MORGAN CHASE BANK,

                            *Defendant*.

| | |
|---|---|
| MOTION BY: | Plaintiff Andrew Whalen. |
| RELIEF REQUESTED: | An Order quashing defendant's subpoena and imposing sanctions. |
| BASIS FOR RELIEF REQUESTED: | Federal Rules of Civil Procedure 26 and 45 |
| SUPPORTING PAPERS: | Affirmation of Michael J. Lingle, Esq. Memorandum of Law in Support of Motion to Quash and for Sanctions |
| PLACE: | United States District Court Western District of New York 2330 United States Courthouse 100 State Street Rochester, New York 14614 |
| DATE AND TIME: | To be determined by the Court |
| REPLY PAPERS: | Pursuant to Local Rule 7.1(c), plaintiffs intend to file and serve reply papers and therefore defendants are required to file and serve opposing papers at least eight business days prior to the return date. |

Dated:  June 21, 2006

                                                **DOLIN, THOMAS & SOLOMON LLP**

By:    s/ Michael J. Lingle
          J. Nelson Thomas, Esq.
          Michael J. Lingle, Esq.
          *Attorneys for Plaintiff*
          693 East Avenue
          Rochester, New York 14607
          Telephone:  (585) 272-0540
          nthomas@theemploymentattorneys.com
          mlingle@theemploymentattorneys.com