UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL J. DAVIS, and all others similarly
situated,

                        Plaintiffs,

<u>DECISION AND ORDER</u>

01-CV-6492L

            v.

J.P. MORGAN CHASE & CO.,

                        Defendant.
_____

      A spate of motions and related correspondence have been submitted to this Court recently. Familiarity with those motions is assumed.

      On July 18, 2006, I granted defendant's request for a 60 day extension to respond to plaintiffs' two motions for summary judgment. I suggest that defendant respond with one memorandum of law concerning both motions, not to exceed 40 pages.

      Plaintiffs have also submitted a letter and a motion to United States Magistrate Judge Marian W. Payson to stay discovery, especially discovery relating to experts. Although Magistrate Judge Payson has supervised discovery and has previously issued scheduling orders, since I am dealing with the dispositive motions, it makes sense, to me anyway, that I handle all these motions. Therefore, as to the motion to stay discovery (Dkt. #67), my prior order referring discovery matters to Magistrate Judge Payson is vacated.

If defendant intends to oppose the motion to stay discovery, its opposition must be filed by August 3, 2006.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       July 20, 2006.