# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK

Andrew Whalen

v

J.P. Morgan Chase Bank

BILL OF COSTS

Case # 01-CV-6492L

Judgment having been entered in the above entitled action on 8-8-08 against Plaintiff, the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| 1. Clerks and Service Fees - removal fees, filing fees. The cost of private process servers is NOT ALLOWED. Only Marshal's service fees allowed. | $0.00 |
| 2. Trial Transcripts - furnished upon request of court, or prepared pursuant to stipulation | $0.00 |
| 3. Deposition Costs - original of noticing party and prevailing party's copy of depositions used in the case; reasonable fees of notary and deposition reporter of noticing party; video depositions costs. Deposition summaries or counsel's fees NOT ALLOWED | $8,347.70 |
| 4. Witness Fees - at statutory rate (28 USC § 1821). Mileage outside the district limited to 100 miles each way absent prior court order. Expert witness fees at the same rate as other witness fees. Complete the worksheet on the reverse of this form, and enter the total here. | $0.00 |
| 5. Copies of Papers and Exhibits - Cost of exhibits attached to documents required to be filed and served; exemplification fees; copies of preparing clerks record on appeal. Copies of motions, pleadings and other routine case papers NOT ALLOWED. | $73.80 |
| 6. Maps, Charts, Models, Photographs, Computations and Summaries - Reasonable costs if admitted into evidence. NO enlargements great than 8" x 10" allowed unless approved by the court. NO models allowed absent an order of the court. Cost of compiling summaries, computations and statistical comparisons is NOT TAXABLE. | $0.00 |
| 7. Interpreter and Translator Fees - reasonable fees of interpreter allowed if the fee of witness is taxable. Translator fee allowed if document is necessarily filed or admitted in evidence. | $0.00 |
| 8. Docket Fees - Docket fees pursuant to 28 U.S.C. § 1923 | $0.00 |
| Attach to your to cost bill an itemization and documentation for requested costs in all categories. **TOTAL** | $8,421.50 |

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed to:

J. Nelson Thomas

Signature of Attorney: _____ Name of Attorney: Sam Shaulson

For: J.P. Morgan Chase Bank    Date: 9/9/2008
Name of Claiming Party

COSTS ARE TAXED IN THE AMOUNT OF _____ AND INCLUDED IN THE JUDGMENT.

By: _____    Date: _____
Rodney C. Early, Clerk of Court    Deputy Clerk