UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. DAVIS, ELENA LOMBARDO, CAROL SMITH, ANDREW WHALEN *and all others similarly situated,* | NOTICE OF MOTION |
| *Plaintiffs,* | Civil Action No. 01-CV-6492L |
| *versus* | |
| JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, CHASE MANHATTAN MORTGAGE CORPORATION, | |
| *Defendants.* | |

| | |
|---|---|
| **MOTION BY:** | Plaintiffs Michael J. Davis, Elena Lombardo, Carol Smith, Andrew Whalen, on behalf of themselves and all other employees similarly situated. |
| **RELIEF REQUESTED:** | An Order requiring expedited briefing schedule and hearing for plaintiffs' motion for notification to affected employees. |
| **BASIS FOR RELIEF REQUESTED:** | Local Rule 7.1(d) |
| **SUPPORTING PAPERS:** | Memorandum of Law in Support of Expedited Briefing Schedule and Hearing; Proposed Order (attached hereto) |
| **PLACE:** | United States District Court Western District of New York 100 State Street Rochester, NY 14614 |
| **DATE AND TIME:** | To be determined by the Court |
| **REPLY PAPERS:** | Pursuant to Local Rule 7.1(c), plaintiffs intend to file and serve reply papers. |

Dated: April 8, 2010

                                  **THOMAS & SOLOMON LLP**

                      By:    s/ J. Nelson Thomas
                            J. Nelson Thomas, Esq.
                             *Attorneys for Plaintiffs*
                            693 East Avenue
                            Rochester, New York 14607
                            Telephone:  (585) 272-0540
                            nthomas@theemploymentattorneys.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL J. DAVIS, ELENA LOMBARDO,
CAROL SMITH, ANDREW WHALEN
*and all others similarly situated*,

*Plaintiffs*,

Civil Action No.
01-CV-6492L

*versus*

JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK,
CHASE MANHATTAN MORTGAGE
CORPORATION,

*Defendants.*

    IT IS HEREBY ORDERED that upon the review of Plaintiffs' Memorandum of Law in Support of Expedited Hearing to Notify Affected Employees and Plaintiffs' Memorandum of Law in Support of Motion for Expedited Notice to Affected Employees, that plaintiffs' motion for an expedited hearing is **GRANTED**.

    IT IS HEREBY FURTHER ORDERED that:

1. On or before April 15, 2010, defendants shall file and serve electronically any papers in response to Plaintiffs' Motion to Notify Affected Employees.

2. On or before April 22, 2010, plaintiffs shall file and serve electronically any reply papers in further support of Plaintiffs' Motion to Notify Affected Employees.

3. This Court will hear oral argument on Plaintiffs' Motion for Expedited Notice to Affected Employees on _____, at _____ AM/PM at the United States District Courthouse, Western District of New York 100 State Street, Rochester, NY 14614.

                                                                                                              _____
                                                                                                              Honorable _____
                                                                                                              United States Magistrate Judge

Dated: _____, 2010