UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL J. DAVIS, ELENA LOMBARDO,
CAROL SMITH, ANDREW WHALEN
*and all others similarly situated,*

                Plaintiffs,

v.

JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK,
CHASE MANHATTAN MORTGAGE
CORPORATION,

                Defendants.

Civil Action No. 01-CV-6492L(B)



## ORDER

IT IS HEREBY ORDERED:

1. Plaintiffs' counsel, Thomas & Solomon LLP, Defendants' counsel, Morgan Lewis & Bockius LLP, and any party requested by the mediator shall personally attend a mediation session before Michael Dickstein, unless: excused by the court for good cause; or the stay of the action is lifted as set forth below.

2. This matter is hereby stayed.

3. The stay shall be lifted and the litigation will resume upon either party giving written notice to the other party and the Court, which shall be deemed effective upon receipt, upon which: (1) Defendants shall have 21 days after such written notice resuming the litigation in which to file their Opposition to Plaintiffs' April 8, 2010 Motion for Expedited Notice to Affected Employees (the "Motion"); (2) Plaintiffs will have 14 days to file their reply on the Motion after Defendants' Opposition; and (3) the Court will set a hearing date at its earliest convenience, but no sooner than 14 days after the Motion is fully briefed.

IT IS SO ORDERED:

                                        Honorable David G. Larimer
                                        United States District Judge

Dated: Rochester, New York
         May 13 2010