UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL DAVIS, et al.,
*on behalf of themselves and all others similarly situated*

                    *Plaintiffs,*

v.

JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, and CHASE MANHATTAN MORTGAGE CORPORATION,

                    *Defendants.*

NOTICE OF MOTION

Civil Action
01-CV-6492L

| | |
|---|---|
| **MOTION BY:** | The parties. |
| **RELIEF REQUESTED:** | An order granting preliminary approval of the settlement and Settlement Agreement, attached to the Affirmation of J. Nelson Thomas, sworn to February 11, 2011. |
| **BASIS FOR RELIEF REQUESTED:** | Federal Rule of Civil Procedure 23<br>Fair Labor Standards Act |
| **SUPPORTING PAPERS:** | Affirmation of J. Nelson Thomas, Esq., and the exhibit attached thereto; and<br>Memorandum of Law in Support of Joint Motion for Preliminary Approval of Settlement |
| **PLACE:** | United States District Court<br>Western District of New York<br>2330 United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| **DATE AND TIME:** | February 15, 2011 at 10am |
| **REPLY PAPERS:** | Pursuant to Local Rule 7.1(c), the parties reserve their right to file and serve reply papers. |

Dated:  February 11, 2011

                              **THOMAS & SOLOMON LLP**

                        By:    s/ J. Nelson Thomas
                                  J. Nelson Thomas
                                  Michael J. Lingle
                                   *Attorneys for Plaintiffs*
                                  693 East Avenue
                                  Rochester, New York 14607
                                  Telephone:  (585) 272-0540
                                  nthomas@theemploymentattorneys.com
                                  mlingle@theemploymentattorneys.com