UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHAEL DAVIS, et al.,<br>*on behalf of themselves and all others similarly situated*<br><br>*Plaintiffs,*<br><br>v.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, and CHASE MANHATTAN MORTGAGE CORPORATION,<br>*Defendants.* | | NOTICE OF MOTION<br><br>Civil Action<br>01-CV-6492L |

| | |
|---|---|
| **MOTION BY:** | The parties. |
| **RELIEF REQUESTED:** | An order granting final approval of the settlement and Settlement Agreement. |
| **BASIS FOR RELIEF REQUESTED:** | Federal Rule of Civil Procedure 23<br>Fair Labor Standards Act |
| **SUPPORTING PAPERS:** | Affirmation of Michael J. Lingle, Esq., and the exhibits attached thereto; and<br>Memorandum of Law in Support of Joint Motion for Final Approval of Settlement |
| **PLACE:** | United States District Court<br>Western District of New York<br>2330 United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| **DATE AND TIME:** | July 21, 2011 at 9am |
| **REPLY PAPERS:** | Pursuant to Local Rule 7.1(c), the parties reserve their right to file and serve reply papers. |

Dated:  July 14, 2011

                                **THOMAS & SOLOMON LLP**

                    By:     s/ J. Nelson Thomas
                            J. Nelson Thomas
                            Michael J. Lingle
                            *Class Counsel*
                            693 East Avenue
                            Rochester, New York 14607
                            Telephone:  (585) 272-0540
                            nthomas@theemploymentattorneys.com
                            mlingle@theemploymentattorneys.com


                                **MORGAN, LEWIS & BOCKIUS LLP**

                    By:     s/ Sam S. Shaulson
                            Sam S. Shaulson
                            *Attorneys for Defendants*
                            101 Park Avenue
                            New York, New York 10178
                            Telephone: (212) 309-6718
                            sshaulson@morganlewis.com