**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MICHAEL DAVIS, et al.,** *on behalf of themselves and all other employees similarly situated* <br><br> *Plaintiffs,* <br><br> *v.* <br><br> **JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, and CHASE MANHATTAN MORTGAGE CORPORATION,** <br><br> *Defendant.* | Civil Action No. 01-CV-6492L |

**MICHAEL J. LINGLE**, being duly sworn, deposes and says:

1.      I am a partner at the law firm Thomas & Solomon LLP, Class Counsel in this matter.  I submit this affirmation in support of the Joint Motion for Final Approval of Settlement.

*Exhibits*

2.      Attached hereto as <u>Exhibit 1</u> is the biography of Michael Dickstein, the mediator who assisted the parties in reaching a settlement.

3.      Attached hereto as <u>Exhibit 2</u> is the affirmation of Annette Gifford, an attorney licensed in California who has reviewed the settlement and finds it to be fair, reasonable and adequate.

4.      Attached hereto as <u>Exhibit 3</u> is the affirmation of Amanda Myette, of Rust Consulting, concerning settlement administration in this case.

5.      Attached hereto as <u>Exhibit 4</u> is the affirmation of class member Lauren Albarez who worked in Louisiana in support of final approval of the settlement.

6.     Attached hereto as <u>Exhibit 5</u> is the affirmation of class member Douglas Bauer who worked in Arizona in support of final approval of the settlement.

7.     Attached hereto as <u>Exhibit 6</u> is the affirmation of class member Sue Baughman who worked in Florida and California in support of final approval of the settlement.

8.     Attached hereto as <u>Exhibit 7</u> is the affirmation of class member Diana Bell who worked in Washington in support of final approval of the settlement.

9.     Attached hereto as <u>Exhibit 8</u> is the affirmation of class member Roselynn Bichaukas who worked in Indiana in support of final approval of the settlement.

10.     Attached hereto as <u>Exhibit 9</u> is the affirmation of class member James Bignar who worked in Louisiana in support of final approval of the settlement.

11.     Attached hereto as <u>Exhibit 10</u> is the affirmation of class member Michael Bottomley who worked in Oklahoma in support of final approval of the settlement.

12.     Attached hereto as <u>Exhibit 11</u> is the affirmation of class member Stephenie Bowie who worked in California in support of final approval of the settlement.

13.     Attached hereto as <u>Exhibit 12</u> is the affirmation of class member Shawn Breen who worked in Indiana in support of final approval of the settlement.

14.     Attached hereto as <u>Exhibit 13</u> is the affirmation of class member Cheryl Brown who worked in Georgia in support of final approval of the settlement.

15.     Attached hereto as <u>Exhibit 14</u> is the affirmation of class member Kevin Brown who worked in Maryland in support of final approval of the settlement.

16.     Attached hereto as <u>Exhibit 15</u> is the affirmation of class member Michele Byrd who worked in Arizona in support of final approval of the settlement.

17.     Attached hereto as <u>Exhibit 16</u> is the affirmation of class member Mary Cantabrana who worked in California in support of final approval of the settlement.

18.     Attached hereto as <u>Exhibit 17</u> is the affirmation of class member Gina Castelli who worked in Louisiana in support of final approval of the settlement.

19.     Attached hereto as <u>Exhibit 18</u> is the affirmation of class member Edward Cegelski who worked in Texas in support of final approval of the settlement.

20.     Attached hereto as <u>Exhibit 19</u> is the affirmation of class member William Cotter who worked in Washington in support of final approval of the settlement.

21.     Attached hereto as <u>Exhibit 20</u> is the affirmation of class member Daniel Cowell who worked in Maryland in support of final approval of the settlement.

22.     Attached hereto as <u>Exhibit 21</u> is the affirmation of class member Keith Crapps who worked in North Carolina in support of final approval of the settlement.

23.     Attached hereto as <u>Exhibit 22</u> is the affirmation of class member Kathryn Craven who worked in Colorado in support of final approval of the settlement.

24.     Attached hereto as <u>Exhibit 23</u> is the affirmation of class member Michael Cutter who worked in Kansas in support of final approval of the settlement.

25.     Attached hereto as <u>Exhibit 24</u> is the affirmation of class member Aaron Day who worked in Texas and Nevada in support of final approval of the settlement.

26.     Attached hereto as <u>Exhibit 25</u> is the affirmation of class member Cynthia Del Campo who worked in California in support of final approval of the settlement.

27.     Attached hereto as <u>Exhibit 26</u> is the affirmation of class member Lawrence Dever who worked in Massachusetts in support of final approval of the settlement.

28.     Attached hereto as <u>Exhibit 27</u> is the affirmation of class member Donna Dowda-Greer who worked in Georgia and Florida in support of final approval of the settlement.

29.     Attached hereto as <u>Exhibit 28</u> is the affirmation of class member Nadine Dumas who worked in Connecticut in support of final approval of the settlement.

30.     Attached hereto as <u>Exhibit 29</u> is the affirmation of class member Michael Edwards who worked in Indiana in support of final approval of the settlement.

31.     Attached hereto as <u>Exhibit 30</u> is the affirmation of class member Patrick Egense who worked in Nevada in support of final approval of the settlement.

32.     Attached hereto as <u>Exhibit 31</u> is the affirmation of class member Edward Ekenstam who worked in Pennsylvania in support of final approval of the settlement.

33.     Attached hereto as <u>Exhibit 32</u> is the affirmation of class member Jean Ferman who worked in New Jersey in support of final approval of the settlement.

34.     Attached hereto as <u>Exhibit 33</u> is the affirmation of class member Lisa Foster who worked in California in support of final approval of the settlement.

35.     Attached hereto as <u>Exhibit 34</u> is the affirmation of class member Edmond Fowler who worked in Alabama in support of final approval of the settlement.

36.     Attached hereto as <u>Exhibit 35</u> is the affirmation of class member Lori Fox who worked in Washington in support of final approval of the settlement.

37.     Attached hereto as <u>Exhibit 36</u> is the affirmation of class member Dennis Gafur who worked in Florida and New York in support of final approval of the settlement.

38.     Attached hereto as <u>Exhibit 37</u> is the affirmation of class member Steven Gale who worked in New Mexico in support of final approval of the settlement.

39.     Attached hereto as <u>Exhibit 38</u> is the affirmation of class member Tena Gentry who worked in South Carolina in support of final approval of the settlement.

40.     Attached hereto as <u>Exhibit 39</u> is the affirmation of class member Rachel Gonzales-Brown who worked in California in support of final approval of the settlement.

41.     Attached hereto as <u>Exhibit 40</u> is the affirmation of class member Susan Gottlieb who worked in Illinois in support of final approval of the settlement.

42.     Attached hereto as <u>Exhibit 41</u> is the affirmation of class member Kenneth Herbenar who worked in California in support of final approval of the settlement.

43.     Attached hereto as <u>Exhibit 42</u> is the affirmation of class member Robert Hiott who worked in South Carolina in support of final approval of the settlement.

44.     Attached hereto as <u>Exhibit 43</u> is the affirmation of class member Syreda Howell who worked in West Virginia in support of final approval of the settlement.

45.     Attached hereto as <u>Exhibit 44</u> is the affirmation of class member Linda Inman who worked in California in support of final approval of the settlement.

46.     Attached hereto as <u>Exhibit 45</u> is the affirmation of class member Dorothy Jackson who worked in Alabama in support of final approval of the settlement.

47.     Attached hereto as <u>Exhibit 46</u> is the affirmation of class member Rodney Jeffries who worked in Oklahoma in support of final approval of the settlement.

48.     Attached hereto as <u>Exhibit 47</u> is the affirmation of class member William Jeffs who worked in Indiana in support of final approval of the settlement.

49.     Attached hereto as <u>Exhibit 48</u> is the affirmation of class member Joanne Johnson who worked in New York in support of final approval of the settlement.

50.     Attached hereto as <u>Exhibit 49</u> is the affirmation of class member Micah Jordan who worked in Nevada in support of final approval of the settlement.

51.     Attached hereto as <u>Exhibit 50</u> is the affirmation of class member Patricia Junkin who worked in North Carolina in support of final approval of the settlement.

52.     Attached hereto as <u>Exhibit 51</u> is the affirmation of class member Susanna Kenton who worked in Missouri and Michigan in support of final approval of the settlement.

53.     Attached hereto as <u>Exhibit 52</u> is the affirmation of class member Robert Kerr who worked in California in support of final approval of the settlement.

54.     Attached hereto as <u>Exhibit 53</u> is the affirmation of class member Carole Kirk-Hutcheon who worked in Oregon and California in support of final approval of the settlement.

55.     Attached hereto as <u>Exhibit 54</u> is the affirmation of class member Alan Kittrell who worked in South Carolina in support of final approval of the settlement.

56.     Attached hereto as <u>Exhibit 55</u> is the affirmation of class member Mark Klein who worked in Kentucky in support of final approval of the settlement.

57.     Attached hereto as <u>Exhibit 56</u> is the affirmation of class member Cory Kratz who worked in Wisconsin in support of final approval of the settlement.

58.     Attached hereto as <u>Exhibit 57</u> is the affirmation of class member Jill Krehling who worked in Virginia in support of final approval of the settlement.

59.     Attached hereto as Exhibit 58 is the affirmation of class member Todd Kruse who worked in Wisconsin in support of final approval of the settlement.

60.     Attached hereto as Exhibit 59 is the affirmation of class member Sharon Kurth who worked in Illinois in support of final approval of the settlement.

61.     Attached hereto as Exhibit 60 is the affirmation of class member Elizabeth Lee who worked in Washington in support of final approval of the settlement.

62.     Attached hereto as Exhibit 61 is the affirmation of class member Mary Lenhardt who worked in Colorado in support of final approval of the settlement.

63.     Attached hereto as Exhibit 62 is the affirmation of class member Charles Lentz who worked in California, Texas, and Colorado in support of final approval of the settlement.

64.     Attached hereto as Exhibit 63 is the affirmation of class member Susan Levinson who worked in Michigan in support of final approval of the settlement.

65.     Attached hereto as Exhibit 64 is the affirmation of class member Shelly Manzano who worked in Colorado in support of final approval of the settlement.

66.     Attached hereto as Exhibit 65 is the affirmation of class member Tiffany McIntyre who worked in Pennsylvania in support of final approval of the settlement.

67.     Attached hereto as Exhibit 66 is the affirmation of class member Victoria Moore who worked in Ohio in support of final approval of the settlement.

68.     Attached hereto as Exhibit 67 is the affirmation of class member Philip Morgan who worked in Kentucky in support of final approval of the settlement.

69.     Attached hereto as Exhibit 68 is the affirmation of class member Tracy Morton who worked in Massachusetts in support of final approval of the settlement.

70.     Attached hereto as <u>Exhibit 69</u> is the affirmation of class member Barbara Munoz-Fernandez who worked in New Mexico in support of final approval of the settlement.

71.     Attached hereto as <u>Exhibit 70</u> is the affirmation of class member Christine Palma who worked in Arizona in support of final approval of the settlement.

72.     Attached hereto as <u>Exhibit 71</u> is the affirmation of class member Norman Parra who worked in California in support of final approval of the settlement.

73.     Attached hereto as <u>Exhibit 72</u> is the affirmation of class member Bobby Price who worked in North Carolina in support of final approval of the settlement.

74.     Attached hereto as <u>Exhibit 73</u> is the affirmation of class member Clifford Reed who worked in West Virginia in support of final approval of the settlement.

75.     Attached hereto as <u>Exhibit 74</u> is the affirmation of class member Doug Royer who worked in Kansas in support of final approval of the settlement.

76.     Attached hereto as <u>Exhibit 75</u> is the affirmation of class member Jennifer Rushizky who worked in Wisconsin in support of final approval of the settlement.

77.     Attached hereto as <u>Exhibit 76</u> is the affirmation of class member Robert Sadler who worked in Oklahoma in support of final approval of the settlement.

78.     Attached hereto as <u>Exhibit 77</u> is the affirmation of class member Tracy Schreifels who worked in Virginia in support of final approval of the settlement.

79.     Attached hereto as <u>Exhibit 78</u> is the affirmation of class member Tracy Shriver who worked in Nevada in support of final approval of the settlement.

80.     Attached hereto as <u>Exhibit 79</u> is the affirmation of class member Dawn Sigler who worked in Illinois in support of final approval of the settlement.

Case 6:01-cv-06492-DGL -JWF   Document 226   Filed 07/14/11   Page 9 of 10


81.     Attached hereto as <u>Exhibit 80</u> is the affirmation of class member Arthur Silber who worked in California in support of final approval of the settlement.

82.     Attached hereto as <u>Exhibit 81</u> is the affirmation of class member Sheila Sinclair who worked in New Jersey in support of final approval of the settlement.

83.     Attached hereto as <u>Exhibit 82</u> is the affirmation of class member Gina Sipperly who worked in Connecticut, Massachusetts, and New York in support of final approval of the settlement.

84.     Attached hereto as <u>Exhibit 83</u> is the affirmation of class member Michael Slekar who worked in Arizona in support of final approval of the settlement.

85.     Attached hereto as <u>Exhibit 84</u> is the affirmation of class member Deborah Smith who worked in Michigan in support of final approval of the settlement.

86.     Attached hereto as <u>Exhibit 85</u> is the affirmation of class member Lane Stennes who worked in Wisconsin in support of final approval of the settlement.

87.     Attached hereto as <u>Exhibit 86</u> is the affirmation of class member Steve Suter who worked in Indiana, Arizona, and California in support of final approval of the settlement.

88.     Attached hereto as <u>Exhibit 87</u> is the affirmation of class member Wanda Thomas who worked in Connecticut in support of final approval of the settlement.

89.     Attached hereto as <u>Exhibit 88</u> is the affirmation of class member Ray Turner who worked in Kansas in support of final approval of the settlement.

90.     Attached hereto as <u>Exhibit 89</u> is the affirmation of class member Roxanne Vanderhagen who worked in Michigan in support of final approval of the settlement.

- 9 -

91.     Attached hereto as <u>Exhibit 90</u> is the affirmation of class member Kelly Vermeer who worked in Utah and California in support of final approval of the settlement.

92.     Attached hereto as <u>Exhibit 91</u> is the affirmation of class member Daniel Young who worked in Massachusetts in support of final approval of the settlement.

93.     These affirmations submitted by class members from around the country, including California, provide further evidence of the class's strong support for the settlement.

94.     In the event the Court finds it necessary, plaintiffs seek leave to amend the complaint to add representative plaintiffs as alternative relief.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on July 14, 2011

                                        s/ Michael J. Lingle
                                        **Michael J. Lingle**