UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. DAVIS, et al., on behalf of themselves and all others similarly situated<br><br>       Plaintiffs,<br><br>       *versus*<br><br>JPMORGAN CHASE & CO., JP MORGAN CHASE BANK and CHASE MANHATTAN MORTGAGE CORPORATION,<br>       Defendants. | Civil Action No.<br>01-CV-6492L(B)<br><br>Hon. David G. Larimer<br>Action Filed: 10/04/2001 |

# MOTION TO PERMIT PARTIAL WITHDRAWAL OF OBJECTIONS

## PURSUANT TO FED. R. CIV. P. 23(e)(5)

                                          JAMES F. CLAPP, *pro hac vice*
                                          jclapp@sdlaw.com
                                          ZACH P. DOSTART, *pro hac vice*
                                          zdostart@sdlaw.com
                                          DOSTART CLAPP & COVENEY, LLP
                                          4370 La Jolla Village Drive, Suite 970
                                          San Diego, California  92122-1253
                                          Telephone: 858-623-4200
                                          Facsimile: 858-623-4299

                                          Attorneys for Objectors

Pursuant to Fed. R. Civ. P. 23(e)(5), Objectors Cynthia Cole, Darin Takahashi and Steve McDaniel respectfully request that the Court permit them to withdraw the following objections set forth in their "Objections to Class Action Settlement," Docket No. 217, filed June 21, 2011:

Objection 3: The *Davis* Plaintiffs Are Inadequate Class Representatives.

Objection 4: The Fact that Unawarded Attorneys' Fees Revert to Chase Is Improper.

Objection 5: The Current Briefing Schedule Prevents Objectors From Commenting on the Motion for Final Approval and Class Counsel's Motion for Attorneys' Fees.

Objectors continue to assert and do <u>not</u> withdraw the following objections to the settlement:

Objection 1: The Release of Claims Is Overbroad.

Objection 2: The Payment to the California Class Members Per Work Month Is Inadequate.

Objection 6: The Settling Parties Have Failed to Show that the Settlement Meets the *Grinnell* Factors.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

      No consideration is being paid to Objectors or their counsel in exchange for this motion. Instead, the purpose of this motion is to simplify the issues before the Court at the final fairness hearing.

Dated: July 18, 2011

                        By: s/ James F. Clapp
                              JAMES F. CLAPP, *pro hac vice*
                              jclapp@sdlaw.com
                              ZACH P. DOSTART, *pro hac vice*
                              zdostart@sdlaw.com
                              DOSTART CLAPP & COVENEY, LLP
                              4370 La Jolla Village Drive, Suite 970
                              San Diego, California  92122-1253
                              Telephone: 858-623-4200
                              Facsimile: 858-623-4299

                              Attorneys for Objectors