**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

November 1, 2011

VIA FACSIMILE & U.S. MAIL

Honorable David G. Larimer
United States District Court
Western District of New York
2120 U.S. Courthouse
Rochester, New York 14614

Re:   Davis, et al. v. JPMorgan Chase & Co., et al.
      Civil Action No.: 01-CV-6492L(P)

Dear Judge Larimer:

We write on behalf of plaintiffs to request additional time to provide the Court with a proposed final order concerning final approval of the settlement in the above-referenced matter. Plaintiffs' counsel provided defense counsel with a proposed order last week and only received their response today. As a result, we will need additional time to resolve the open issues and respectfully request through November 18, 2011 to provide the proposed order to the Court.

If this meets with your Honor's approval, a "So Ordered" line is provided at the end of this letter.

Thank you for your courtesies in this matter. Please do not hesitate to contact us with any questions.

Respectfully submitted,

Michael J. Lingle

cc:   Samuel S. Shaulson, Esq. (via email)
      Christopher Ramsey, Esq. (via email)

SO ORDERED:

Dated: November 1, 2011

Honorable David G. Larimer
United States District Judge

693 East Avenue, Rochester, New York 14607  tel: 585.272.0540  fax: 585.272.0574
mlingle@theemploymentattorneys.com  •  www.theemploymentattorneys.com